IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JASON MCGEHEE                                                                                              PETITIONER

VS.                              Case Number: 5:03-CV-143 JMM

LARRY NORRIS, Director of the
Arkansas Department of Correction                                                                    RESPONDENT

## ORDER

Before the court is Respondent's Motion for Stay of the District Court's Order Pending Review by the Eighth Circuit Court of Appeals [Doc. No. 14].

The court hereby GRANTS Respondent's Motion. The court's order dated January 2, 2008 [Doc. No. 13], is hereby stayed pending the Eighth Circuit Court of Appeals' final order resolving Respondent's appeal.

IT IS SO ORDERED this 9th day of January, 2008.

_____
James M. Moody
United States District Judge