IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JASON FARRELL McGEHEE**                                                                 **PETITIONER**

**5:03-CV-00143 JMM**

**LARRY NORRIS, Director of the**
**Arkansas Department of Correction**                                                **RESPONDENT**

## ORDER

By opinion and judgment filed on December 16, 2009, the Eighth Circuit Court of Appeals reversed this Court's January 2, 2008 judgment granting a writ of habeas corpus to petitioner and remanded the case with instructions for this court to enter an order denying the writ. In accordance with the June 10, 2010 mandate, the petition for writ of habeas corpus is denied in its entirety.

IT IS SO ORDERED this 29th day of June, 2010.

James M. Moody
United States District Judge