IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JASON FARRELL McGEHEE**                                                              **PETITIONER**

**5:03-CV-00143 JMM**

**LARRY NORRIS, Director of the**
**Arkansas Department of Correction**                                              **RESPONDENT**

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, the habeas corpus petition of Jason Farrell McGehee is denied. This action is hereby dismissed.

IT IS SO ORDERED this 29th day of June, 2010.

_____
James M. Moody
United States District Judge